

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Above Hell Trucking, LLC, Appellant

No. 06-23-00079-CV     v.

Garrett LaGrone Services, LLC d/b/a
Garrett's Wrecker Service, Appellee

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2022-195). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Above Hell Trucking, LLC, pay all costs incurred by reason of this appeal.

RENDERED JUNE 5, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk